IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DORIS LOWERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:12-CV-00201 |
| v. | ) | Judge Mattice |
| | ) | |
| CHATTANOOGA BAKERY, INC. | ) | |
| and TERRY HUMPHREY, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to dismissal of this matter, with prejudice.

By:

s/ Catherine E. Shuck
Ronald G. Daves, BPR # 012398
Catherine E. Shuck, BPR # 023361
Attorneys for Defendants
Wimberly Lawson Wright Daves & Jones, PLLC
550 Main Ave, Suite 900
Knoxville, TN 37901
865-546-1000 (tel)
865-546-1001 (fax)
rdaves@wimberlylawson.com
cshuck@wimberlylawson.com

s/ Justin S. Gilbert (w/permission)
Justin S. Gilbert, BPR # 017079
Attorney for Plaintiff
Gilbert Russell McWherter, PLC
Republic Centre
633 Chestnut Street, Suite 600
Chattanooga, TN 37450
423-499-3044 (tel)
731-664-1540 (fax)
jgilbert@gilbertfirm.com

1

## CERTIFICATE OF SERVICE

I, Catherine E. Shuck, hereby certify that on the 1st day of February, 2013, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

By: /s/ Catherine E. Shuck